■ In the Matter of JAKIE PUNCH, Petitioner, v VINCENT

NARO, Respondent. [616 NYS2d 191] —Proceeding pursuant to CPLR article 78 to prohibit the petitioner's extradition to the State of Oklahoma.

Adjudged that the proceeding is dismissed as academic, without costs or disbursements.

The proceeding is academic as the petitioner was extradited to the State of Oklahoma on May 27, 1994. Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur.